476 A.2d 101

Commonwealth v. Hare, Appellant.

Argued November 3, 1983. Shaubut C. Walz, III, Public Defender, for appellant; R. Scott Cramer, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and CERCONE, JJ.

Judgment of sentence affirmed.

CERCONE, J., concurred in the result.

476 A.2d 102

Commonwealth v. Hill, Appellant.

Submitted June 17, 1983. Douglas M. Johnson, Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, McEWEN and WATKINS, JJ.

Judgment of sentence affirmed.